JAP:NR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------- ---------------------X

UNITED STATES OF AMERICA

  - against -

DAVID BLANSKY,

              Defendant.

--------------------------------X

EASTERN DISTRICT OF NEW YORK, SS.:

**12 M  562**

**TO BE FILED UNDER SEAL**

AFFIDAVIT AND COMPLAINT IN
SUPPORT OF AN ARREST
WARRANT

M. No._____
(18 U.S.C. § 2252(a)(2))

      ROBERT MANCENE, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

      On or about and between November 30, 2009 and December 28, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DAVID BLANSKY did knowingly receive and distribute any visual depiction, the production of such visual depiction having involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce or which contains

materials which have been mailed or so shipped or transported, by any means including by computer.

(Title 18, United States Code, Section 2252(a)(2)).

The source of my information and the grounds for my belief are as follows:[1]

1.    I have been employed as a Special Agent of HSI since 1996 and am currently assigned to the New York Office, Child Exploitation Group ("CEG").  I have gained expertise in the conduct of such investigations through training in seminars and classes, daily work related to conducting these types of investigations, the execution of numerous search warrants including those relating to child pornography offenses, and through the subsequent prosecution of offenders.  As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs depicting children (less than eighteen years of age) being sexually exploited by adults.

---

[1]    Because the purpose of this complaint is merely to establish probable cause to arrest, I have not set forth all of the acts and circumstances concerning this investigation of which I am aware.

2.   I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents, my training and experience, and discussions I have had with other law enforcement personnel concerning the creation, distribution, and proliferation of child pornography.   Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

## THE INVESTIGATION

3.   On or about January 3, 2011, your Affiant was investigating computers with New York IP addresses that were or had been sharing child pornography on the Internet.   Your Affiant was looking for the offenders actively sharing child pornography within New York State using a law enforcement database that records publicly broadcast information pertaining to certain file-sharing networks frequently used to send and receive child pornography.   A Verizon Internet Services, Inc. account active in Brooklyn, NY was identified as having been connected to the Internet and had images/videos related to child pornography available for browse and/or sharing.

4.   Based on the findings of this investigation, on January 28, 2011, Your Honor signed a search warrant for the

residence of the defendant DAVID BLANSKY (the "Subject Premises"), authorizing agents to search and seize evidence or fruits or instrumentalities of the possession, transportation, receipt, distribution and reproduction of sexually explicit material relating to children, in violation of Title 18 United States Code, Sections 2252 and 2252A.

5.     On February 8, 2011, law enforcement agents executed the search warrant at the Subject Premises. The defendant was present at the Subject Premises at the time of the search and stated that he resided there.    Inside the Subject Premises, among the computer equipment and related items seized, law enforcement personnel discovered a Dell Inspiron desktop (the "Dell Inspiron").    The computer was found downstairs in the basement of the Subject Premises and the peer-to peer ("P2P") software Shareaza was running on it.    Upon observing the Dell Inspiron, agents observed that, using the Shareaza software, numerous files with names indicative of child pornography were in the process of being downloaded to the Dell Inspiron.    The Dell Inspiron also revealed a folder named "My Collections," with subfolders labeled, among other things: "(Pthc) Dark Studio Complete Collection," "(PTHC) (Japan Lolita) Eri - 6749890," "Preteen Girls Stolen Photos."

6.     A preliminary search of the computer revealed videos depicting child pornography.    Examples of the videos,

-4-

which are available for the Court's review, include the following:

    a.   !!!!PTHC Donna pedo babyj r@ygold rides cock.mpeg.avi:

This video is approximately one minute and forty-four seconds in length. This video is of a naked adult male lying on a bed with a naked prepubescent female. The prepubescent female has long blonde hair with a black balaclava covering her head. The prepubescent female is straddling the adult male while engaging in sexual intercourse.

    b.   toddler girl with man Beauty03 3yo PTHC THIS ROCKS.1.avi:

This video is approximately two minutes and thirty five seconds in length. It begins with an adult male, naked from the waist down, sitting in a chair. The adult male is holding a naked female toddler, while the adult male rubs his erect penis on the female toddler's vagina and buttocks. The adult male then turns the female toddler around to face the camera exposing her entire body; the adult male then begins to rub and digitally penetrate the toddler's vagina.

c.   Young Video Models - Cambodian Angels2 Mylola Pthc
     R@Ygold Lsm-2000-05 1 (28).avi:

This video is approximately twenty four minutes and fifty three seconds in length. A prepubescent female is lying on the bed exposing her chest and her vagina. An adult male is kneeling over the prepubescent female positioning the prepubescent female so that she can perform oral sex on the adult male's erect penis. The adult male then positions the prepubescent female so that he can perform oral sex on her. The adult male then inserts his penis into the prepubescent female's vagina and has sexual intercourse with the prepubescent female. The video then changes to a prepubescent female lying naked in a bathtub. The prepubescent female is touching her vagina. The video then continues with the prepubescent female washing herself and drying off afterwards, while the camera zooms in on her.

d.   Vicky - Suckcum - fuck 2 - 11yo Vicky sucks her
     Dad - private Blowjob and Cumshot (Pthc) [
     R@ygold - PTHC - Hussyfan].avi:

This video is approximately five minutes and sixteen seconds in length. A naked, prepubescent female is

-6-

performing oral sex on an adult male's erect penis. There is music playing in the background and you can hear a conversation between the prepubescent female and the adult male. The adult male holds the prepubescent female's head and ejaculates into her mouth.

7. The National Center for Missing and Exploited Children ("NCMEC") recognized Videos 5(a), 5(b), and 5(c)'s hash values; however, NCMEC has no additional information regarding these files. Video 5(d) contains a video of a minor child who has been identified by NCMEC as a victim of sexual abuse. According to the computer file system, the video file described in paragraph 5(a) above indicates that the file was created on January 31, 2009; the video file described in paragraph 5(b) above indicates that the file was created December 8, 2009; the video file described in paragraph 5(c) above indicates that the file was created on April 20, 2010; and the video file described in paragraph 5(d) above indicates the file was created on February 19, 2010.

8. On February 8, 2011, during the execution of the search warrant of the Subject Premises, agents with HSI spoke with the defendant DAVID BLANSKY. DAVID BLANSKY admitted, in sum and substance, and in relevant part, that he has downloaded child pornography and that he used the Shareaza software to do

so. DAVID BLANSKY acknowledged that he knew what child pornography was and that it was illegal. DAVID BLANSKY stated that when he used P2P programs he disabled the upload feature so that no one can download child pornography from his computer. DAVID BLANSKY used the search terms pthc, bibcam, and possibly r@ygold to search for child pornography.

9. DAVID BLANSKY stated that he is the only user of the Dell Inspiron. DAVID BLANSKY stated that the desktop is password protected and he is the only one that knows the password. DAVID BLANSKY stated that he has been interested in child pornography for at least a few years. DAVID BLANSKY also provided a written statement to agents that, in substance and in part, expressed his regrets for downloading the images.

WHEREFORE, Your Affiant respectfully requests that the Court issue an arrest warrant for the defendant DAVID BLANSKY so that he may be dealt with according to law.

ROBERT MANCENE
Special Agent
Homeland Security Investigations

Sworn to before me this
11th day of June, 2012

S/ Reyes

THE HONOR&
UNITED ST&
EASTERN D

JR.
E

—9—